# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Carlos C Sierra**<br>　　　　　　　Debtor(s)<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　　　Movant<br>　　　vs.<br><br>**Carlos C Sierra**<br>　　　　　　　Respondent(s) | CHAPTER 13<br>BK. NO. 24-11945 AMC |

## CERTIFICATION OF SERVICE

　　　I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **July 10, 2024**.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Lawrence S. Rubin Esq.  (via ECF)
337 West State Street
Media, PA 19063-2615

Carlos C Sierra
610 East Woodland Avenue
Apt 3 6
Springfield, PA 19064

Date: July 10, 2024

　　　　　　　　　　　　　　　　　　　　By: */s/ Denise Carlon*
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　The Lits Building
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　　　 Attorney for Movant/Applicant