**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Carlos C. Sierra | : | |
| | : | Bankruptcy No. 24-11945-AMC |
|     Debtor(s) | : | |

**CHAPTER 13 STANDING TRUSTEE'S OBJECTION TO EXEMPTION**
**PURSUANT TO 11 U.S.C. SECTION 522**

    **AND NOW** comes, KENNETH E. WEST, ESQUIRE, Chapter 13 standing trustee, and objects to a claimed exemptions of the debtors for the following reasons:

Debtor own's real estate in Florida and has selected Pennsylvania State Exemptions. The Trustee objects does not believe the exemption is the appropriate selection.

    **WHEREFORE**, KENNETH E. WEST, ESQ UIRE, Chapter 13 standing trustee, respectfully requests that this Court enter an Order in the form annexed hereto, denying debtors' claimed exemptions as set forth above.

Dated: January 17, 2025

Respectfully submitted,

/s/Kenneth E. West, Esq.
Kenneth E. West, Esquire
Chapter 13 Standing Trustee