# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carlos C Sierra<br>　　　　　　　　　Debtor(s)<br><br>Lakeview Loan Servicing, LLC, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs.<br>Carlos C Sierra<br>　　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 24-11945 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about July 10, 2024.

Dated: February 12, 2025

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/Denise Carlon
　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Carlos C Sierra | **BK NO. 24-11945 AMC** |
| **Debtor(s)** | **Chapter 13** |
| **Lakeview Loan Servicing, LLC** | |
| **Movant** | |
| **vs.** | |
| **Carlos C Sierra** | |
| **Debtor(s)** | |
| **Kenneth E. West** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Denise Carlon, certify that on 2/12/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 2/12/2025

/s/ **Denise Carlon**
Denise Carlon, Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Carlos C Sierra<br>610 East Woodland Avenue<br>Apt 3 6<br>Springfield, PA 19064 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Lawrence S. Rubin Esq.<br>337 West State Street<br>Media, PA 19063-2615 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |